IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| LOTTIE THOMPSON-GROVES and WILLIAM GROVES | PLAINTIFFS |
| vs. | CASE NO. 2:19-CV-192-KS-MTP |
| SOUTHWEST THEATERS, LLC and TURTLE CREEK LIMITED PARTNERSHIP | DEFENDANTS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Lottie Thompson-Groves and William Groves dismiss with prejudice all of their claims against Defendants Southwest Theaters, LLC and Turtle Creek Limited Partnership. The parties agree to bear their own costs, including attorneys' fees.

Dated: March 24, 2020.

/s/ Pshon Barrett
Pshon Barrett (MSB No. 2071)
ADA Group, LLC
4001 Carmichael Road, Ste 570
Montgomery, Alabama 36106
*Counsel for Plaintiffs*


/s/ Adam H. Gates
Adam H. Gates (MSB No. 102305)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211-6391
*Counsel for Defendants*